FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 FEB 21 PM 5: 08

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **4**:08CR 3019 |
| Plaintiff, | ) |
| | ) **INDICTMENT** |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER G. DIGIORGIO, and | ) 21 U.S.C. § 841(b)(1) |
| DOMINICK C. DIGIORGIO, | ) |
| | ) |
| Defendants. | ) |

The Grand Jury Charges:

### COUNT I

On or about January 31, 2008, in the District of Nebraska, CHRISTOPHER G. DIGIORGIO

and DOMINICK C. DIGIORGIO, Defendants herein, did knowingly and intentionally possess with

intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1).

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Lincoln, Nebraska,
pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney