IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:08CR3019 |
| Plaintiff, | ) ) ) | O R D E R |
| -vs- | ) ) | |
| DOMINICK D. DIGIORGIO, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's motion to transport, filing 26.  Defendant is indigent and in need of non-custodial transportation to Long Beach, NY, immediately following his evidentiary hearing in the above captioned matter.  Being fully advised in the premises, this Court finds that said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. That Defendant's motion is granted **in part;**

2. That the U.S. Marshals shall provide non-custodial air transportation and subsistence (including lodging, if necessary) for Defendant to travel from Lincoln, NE to to Long Beach, NY, following his evidentiary hearing on May 6, 2008.  **Said travel may be the less expensive of either ground transportation with subsistence or air travel with subsistence.**

DATED this 15th day of April, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge