## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
    )
       Plaintiff,    )   **EXHIBIT LIST**
    )
    v.    )   Case No.  4:08CR3019
    )   Deputy:    Sue Davis
    )   Reporter: Digital Recorder
CHRISTOPHER G. DIGIORGIO and    )
DOMINICK C. DIGIORGIO,    )
    )
       Defendants.    )

Hearing Date: May 6, 2008

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
| 1 | | | Copy of Budget Rental Agreement | X | | X | | 5/6/08 |
| 2 | | | Copy of In-Car Videotape | X | | X | | 5/6/08 |
| 3 | | | Copy of NSP Consent to Search Form | X | | X | | 5/6/08 |
| | 101 | | Copy of One Page of Officer's Report (Not Offered) | | | | | |
| | 102 | | Photo of Some Contents in Bag | X | | X | | 5/6/08 |
| | 103 | | Copy of Hotel Receipt | X | | X | | 5/6/08 |
| | 104 | | Copy of Hotel Receipt | X | | X | | 5/6/08 |
| | | | | | | | | |
| | | | | | | | | |